**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ARMANDO BARRAGAN-GARFIAS, | No. 10-73869 |
| Petitioner, | Agency No. A088-197-178 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 8, 2012[**]

Before:     ALARCÓN, BERZON, and IKUTA, Circuit Judges.

Armando Barragan-Garfias, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' ("BIA") order denying his motion to

reopen. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of

discretion the denial of a motion to reopen, and review de novo due process claims.

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. See Fed. R. App. P. 34(a)(2).

*Iturribarria v. INS,* 321 F.3d 889, 894 (9th Cir. 2003). We deny the petition for review.

The BIA did not abuse its discretion in denying Barragan-Garfias' motion to reopen on the ground that he did not demonstrate prejudice from the alleged ineffective assistance of his former counsel. *Iturribarria*, 321 F.3d at 899-90. Barragan-Garfias failed to establish prima facie eligibility for asylum, withholding of removal, or protection under the Convention Against Torture. *See Ordonez v. INS,* 345 F.3d 777, 785 (9th Cir. 2003) (a motion to reopen will not be granted unless the respondent establishes a case of prima facie eligibility for the underlying relief sought.)

**PETITION FOR REVIEW DENIED.**

Judge Berzon:

I would instruct, prior to issuing a decision on the merits, that the parties confer with the Ninth Circuit Mediation Office regarding whether they wish to engage in mediation.

2                                                                                      10-73869